UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

KELI A. ALO,                               CASE NO.:   19-53984
                                           CHAPTER:    13
                                           HON.:       TUCKER

      Debtor(s)
_____/

### ORDER CONFIRMING PLAN

The Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Law Offices of Joshua B. Sanfield, P.L.L.C., attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $0.00 in expenses and that the portion of such claim which has not already been paid, to-wit: $2,810.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

IT IS FURTHER ORDERED as follows:

[X]  The alimony paid to Kathy Strand Alo shall be treated as a Class 7.1 claim to be paid directly in the amount of $750.00 per month.
[X]  Creditors rights to object to the Plan are preserved for 28 days from service of this Order.

APPROVED:

/s/ Tammy L. Terry
Tammy L. Terry P46254
Chapter 13 Standing Trustee
535 Griswold, Ste. 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

/s/ Joshua B. Sanfield
Joshua B. Sanfield P66184
Counsel for Debtor(s)
Law Offices of Joshua B. Sanfield, P.L.L.C.
28850 Mound Rd.
Warren, MI 48092
586-573-9000
jsanfield@sanfieldlaw.com

**Signed on December 21, 2019**



/s/ Thomas J. Tucker

**Thomas J. Tucker
United States Bankruptcy Judge**