# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 19-53984 |
| Keli Anthony-Kauleinamoku Alo | Chapter 13 |
| Debtor. | Judge Thomas J. Tucker |

## STATEMENT OF CREDITOR REGARDING CORPORATE OWNERSHIP

☐ The following entities directly or indirectly own 10% or more of any class of the Creditor's equity interest

Name:
Address: _____

Name:
Address: _____

Name:
Address: _____

(for additional names, attach an addendum to this form)

☒ There are no entities that directly or indirectly own 10% or more of any class of the Creditor's equity interest

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2021

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant