Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 19−53984−tjt
Chapter: 13
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
Keli Anthony− Kauleinamoku Alo
aka Keli Anthony Alo, aka Keli
Kaonohiokala Alo
4842 Linwood St.
West Bloomfield, MI 48324

Social Security No.:
xxx−xx−5918

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

**26** − Motion for Relief from Stay, Co−Debtor Stay and Entry of Order Waiving the Provision of FRBP 4001(a)(3), Re: 2015 HONDA CRV − VIN 5J6RM4H56FL035968 Fee Amount $188 Filed by Creditor American Honda Finance Corp. (Attachments: # 1 Exhibit A − Order # 2 Exhibit B − Contract # 3 Exhibit C − Title # 4 Exhibit D − NADA # 5 Exhibit E − Notice of Motion # 6 Exhibit F − Proof of Service) (Simons, Molly)

will be held on: 9/2/21 at 11:00 AM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all Chapter 13 contested hearings by telephone. At least five minutes before the scheduled time for such a hearing, which normally is at 1:30 p.m., counsel and parties should call (888) 684− 8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. (This procedure does not apply to Chapter 13 status conferences with the Chapter 13 Trustee. See any applicable notices by the Chapter 13 Trustee for information about status conferences.)

Dated: 8/20/21

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court